

# Court of Appeals

# First District of Texas

## BILL OF COSTS

No. 01-14-00601-CV

**Rosehurst Homeowners Association**

**v.**

**Hughes Natural Gas, Inc. and Real Provencher**

NO. 980,933 IN THE CO CIVIL CT AT LAW NO 2 OF HARRIS COUNTY

| TYPE OF FEE | CHARGES | PAID/DUE | STATUS | PAID BY |
|---|---|---|---|---|
| MT FEE | $10.00 | 06/08/2015 | E-PAID | ANT |
| MT FEE | $10.00 | 05/14/2015 | E-PAID | ANT |
| MT FEE | $10.00 | 03/23/2015 | E-PAID | APE |
| MT FEE | $10.00 | 11/18/2014 | E-PAID | ANT |
| MT FEE | $10.00 | 11/04/2014 | E-PAID | APE |
| SUPP CLK RECORD | $103.00 | 10/22/2014 | PAID | APE |
| RPT RECORD | $195.00 | 08/31/2014 | PAID | ANT |
| STATEWIDE EFILING | $20.00 | 08/13/2014 | PAID | ANT |
| FILING | $175.00 | 08/13/2014 | PAID | ANT |
| CLK RECORD | $200.00 | 08/06/2014 | PAID | ANT |

**The costs incurred on appeal to the First Court of Appeals Houston, Texas are $743.00.**

*Court costs in this case have been taxed in this Court's judgment*

I, **Christopher A. Prine,** Clerk of the Court of Appeals for the First District of Texas, do hereby

certify that this is a true statement of the costs of appeal in this case.

IN TESTIMONY WHEREOF, witness my hand and the seal of the Court of Appeals for the First District of Texas, this October 2, 2015.

CHRISTOPHER A. PRINE
CLERK OF THE COURT